### 1203.  COWART v. POWELL.

POWELL, J.  1. A party who submits to a ruling as to the sufficiency of the pleadings, for any purpose, by voluntarily filing an amendment to meet the views of the court, waives his right to make exceptions on the ground that the amendment was unnecessary.  *Atlantic Coast Line R. Co.* v. *Hart Lumber Co.,* 2 *Ga. App.* 88 (58 S. E. 316), and cit.

2. The case, as finally narrowed by the pleadings and the evidence, involved only one question: "Did the defendant contract to rent the land from the plaintiff?"  The trial judge fairly submitted this question to the jury, and has approved their finding; this court is therefore without jurisdiction to interfere.                    *Judgment affirmed.*

Distraint, from city court of Miller county—Judge Bush. April. 17, 1908.

Submitted July 14,—Decided October 26, 1908.

*Bush & Stapleton, Perry D. Rich,* for plaintiff in error.

*William I. Geer,* contra.

---

### 1242.  HERCULES MANUFACTURING COMPANY v. ROBINSON.

POWELL, J.  This case involves solely a question of fact. The finding of the jury, with the approval of the trial judge, has conclusively settled that, and this court has no jurisdiction to interfere.

*Judgment affirmed.*

Complaint, from city court of Nashville—Judge Peeples. April. 28, 1908.

Submitted July 15,—Decided October 26, 1908.

*W. G. Harrison,* for plaintiff.

*J. W. & Watts Powell,* for defendant.